**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-26-0000174**
**28-MAY-2026**
**07:58 AM**
**Dkt. 12 ODSLJ**

NO. CAAP-26-0000174


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
ELDRIDGE P. WONG, Defendant-Appellant.


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
WAIʻANAE DIVISION
(CASE NO. 1DCW-25-0000844)


ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, McCullen and Gluck, JJ.)

Upon review of the record, it appears that:

(1) Defendant-Appellant Eldridge P. Wong (**Wong**) appeals from the January 9, 2026 Notice(s) of Entry of Judgment and/or Order(s) (collectively, **Judgments**) entered in the District Court of the First Circuit, Waiʻanae Division;

(2) The Judgments enter conviction on the three counts alleged, but they do not enter a sentence;

(3) "Judgments of conviction are not final [and appealable] unless they include the final adjudication and the

final sentence." State v. Kilborn, 109 Hawaiʻi 435, 442, 127 P.3d 95, 102 (App. 2005); and

(4) Wong's current counsel concedes that "[p]rior counsel filed a premature Notice of Appeal."

Therefore, IT IS HEREBY ORDERED that this premature appeal is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, May 28, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Daniel M. Gluck
Associate Judge